# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEVON ENERGY PRODUCTION
COMPANY, L.P.

VERSUS

LOUISIANA DEPARTMENT OF
NATURAL RESOURCES AND THOMAS
HARRIS, IN HIS OFFICIAL
CAPACITY AS SECRETARY OF THE
LOUISIANA DEPARTMENT OF
NATURAL RESOURCES

NO.   2023 CW 0678

**SEPTEMBER 11, 2023**

---

In Re:    Louisiana Department of Natural Resources, applying
          for supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 727086.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

   **WRIT NOT CONSIDERED.**  The writ application appears to be
untimely as the trial court ordered a return date of July 13,
2023 @ 10:00 am.  However, the writ application was filed at
10:27:00 AM on July 13, 2023.  See Rules 2-13, 4-3, and 4-8,
Uniform Rules of Louisiana Courts of Appeal.

   Supplementation  of  this  writ  application  and/or  an
application for rehearing will not be considered.  Rules 2-18.7
and 4-9, Uniform Rules of Louisiana Courts of Appeal.

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT



---
DEPUTY CLERK OF COURT
    FOR THE COURT